No. 380. TODD ET AL. *v.* JOINT APPRENTICESHIP COMMITTEE ET AL. On petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 399. UNITED STATES *v.* BROWN. C. A. 9th Cir. Certiorari granted. *Solicitor General Cox, Assistant Attorney General Yeagley, Kevin T. Maroney* and *George B. Searls* for the United States. *Richard Gladstein* and *Norman Leonard* for respondent.

No. 205. BABCOCK *v.* COMMUNITY REDEVELOPMENT AGENCY OF LOS ANGELES, CALIFORNIA. Supreme Court of California. Certiorari denied. *Austin Clapp* for petitioner. *Henry O. Duque* for respondent.

No. 372. MARROSO *v.* UNITED STATES; and
No. 471. SAMARIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *J. Edward Worton* for petitioner in No. 372. *Alfred L. Scanlan* and *James Easly* for petitioner in No. 471. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome Nelson* for the United States. Reported below: 331 F. 2d 601.

No. 396. BELL HOSIERY MILLS, INC. *v.* MARVEL SPECIALTY CO., INC. C. A. 4th Cir. Certiorari denied. *Warley L. Parrott* for petitioner. *Robert F. Conrad* for respondent.